IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00399-LTB-MEH

LAWRENCE ADAMS,

    Plaintiff,

v.

DAVID SOYKA, in his individual capacity, and
THE TOWN OF GREEN MOUNTAIN FALLS, through its Board of Trustees,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2011.**

    Defendants' Unopposed Motion for Protective Order [filed September 15, 2011; docket #26] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.