IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00399-LTB-MEH

LAWRENCE ADAMS,

    Plaintiff,

v.

DAVID SOYKA, in his individual capacity, and
THE TOWN OF GREEN MOUNTAIN FALLS, through its Board of Trustees,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 20, 2011.**

    Defendants' Unopposed Motion to Vacate Settlement Conference [filed October 18, 2011; docket #34] is **granted**. The Settlement Conference set for October 28, 2011 is **vacated**. If the parties choose to do so, they may call my Chambers at (303) 844-4507 to reschedule the conference to a later date at any time during this litigation.