IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-00399-LTB-MEH

LAWRENCE ADAMS,

    Plaintiff,

v.

DAVID SOYKA, in his individual capacity, and
THE TOWN OF GREEN MOUNTAIN FALLS, through its Board of Trustees,

    Defendants.

___

ORDER
___

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Defendant Town of Green Mountain Falls (Doc 40 - filed March 2, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Town of Green Mountain Falls only,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            LEWIS T. BABCOCK, JUDGE

DATED:   March 5, 2012