IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00399-LTB-MEH

LAWRENCE ADAMS,

    Plaintiff,

v.

DAVID SOYKA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2012.**

    The Joint Motion to Amend Scheduling Order to Extend Deadline for Submission of Final Pretrial Order [filed March 23, 2012; docket #42] is **granted** for good cause shown.  The parties shall submit their proposed Final Pretrial Order **on or before March 28, 2012**.